# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOHNNY BANTA,

        Plaintiff,

v.

STATE OF NEVADA,

        Defendant.

2:11-CV-2074 JCM (GWF)

### ORDER

Presently before the court is the report and recommendation of Magistrate Judge George Foley, Jr (doc. #3) regarding the dismissal of plaintiff's complaint (doc. #1-1). No objections have been filed.

Upon review of the magistrate judge's recommendation and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the report and recommendation of Magistrate Judge George Foley, Jr (doc. #3) regarding the dismissal of plaintiff's complaint (doc. #1-1) be, and the same hereby is, AFFIRMED in its entirety.

IT IS THEREFORE ORDERED that plaintiff's complaint (doc. #1-1) be, and the same hereby is, DISMISSED with prejudice.

DATED January 27, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**